UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SARAH WILLIAMS,

       Plaintiff,

       v.                                      Civil Action Number 04-0245 (SLR)

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE, et al.., IKE MORRIS,
LAWRENCE MONTGOMERY, JOHN
WILLIAMS, FLORENCE SPADY,
MARY MURPHY, ELAINE ROTAN,
HARLAND FAUST, RICHARD OVERTON

       Defendants.

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR A DEFINITE STATEMENT

    Plaintiff Sarah Williams hereby moves the court to grant plaintiff's 30 days to answer defendants MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR A MORE DEFINITE STATEMENT and an extension of time until April 10th 2005.

    Defendants have no objection to the 30 days extension of time, plaintiff needs additional time to answer the defendants motion due the medical conditions of her sixteen year old daughter and due to her other daughter's complication of pregnancy.

                                                            *Sarah Williams*
                                                            Sarah Williams
                                                            322 E. 10th Street
                                                            Wilmington, De. 19801

Dated: March 9, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SARAH WILLIAMS,

    Plaintiff,

v.                                                         Civil Action Number 04-0245 (SLE)

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE, et al.., IKE MORRIS,
LAWRENCE MONTGOMERY, JOHN
WILLIAMS, FLORENCE SPADY,
MARY MURPHY, ELAINE ROTAN,
HARLAND FAUST, RICHARD OVERTON

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused the following people to be served by first-class mail postage with a copy of the foregoing Motion for Extension of Time to Answer Defendants Motion to Dismiss Plaintiff's Complaint and for a More Definite Statement was served on this 9th day of March 2005.

Rudolph Contreras
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899

                                              Sarah Williams
                                              322 E. 10th Street
                                              Wilmington, De. 19801