IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARAH M. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-245-SLR |
| | ) |
| JOHN E. POTTER, Postmaster | ) |
| General, UNITED STATES POSTAL | ) |
| SERVICE, MARY MURPHY, ELAINE | ) |
| ROTAN, LAWRENCE MONTGOMERGY, | ) |
| JOHN WILLIAMS, IKE MORRIS, | ) |
| FLORENCE SPADY, HARLAN FAUST, | ) |
| and RICHARD OVERTON, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 24th day of August, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss plaintiff's complaint (D.I. 20) is granted.

_____
United States District Judge